■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CUMMINGS, Appellant. [796 NYS2d 547]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Rienzi, J.), dated August 22, 2003, which, after a hearing pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

The record indicates that the appellant received effective assistance of counsel throughout the proceedings (*see People v Valentine*, 15 AD3d 463 [2005]).

The appellant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J.P., Goldstein, Luciano and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GAMBETTA, Appellant. [796 NYS2d 547]—Appeal by the defendant from an order of the Supreme Court, Queens County (Wong, J.), dated June 14, 2004, which, after a hearing, pursuant to Correction Law article 6-C, designated him a level two sex offender.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court's determination designating him a level two sex offender was supported by clear and convincing evidence, and thus, should not be disturbed (*see* Correction Law § 168-n [3]; *People v Brown*, 7 AD3d 595 [2004]). Prudenti, P.J., Adams, Rivera and Fisher, JJ., concur.